IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MILTON ROSALES, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-14-3187 |
| | § | |
| HEB GROCERY COMPANY, LP, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER GRANTING DEFENDANT FRIO NEVADO CORPORATION'S MOTION FOR PROTECTIVE ORDER

Frio Nevado Corporation has moved for a protective order under Fed. R. Civ. P. 26(c) to quash the deposition notice for Frio Nevado Corporation's corporate representative with a Subpoena Duces Tecum. ( Docket Entry No. 16). The deposition notice requires the corporate representative to appear at the Tran Law Firm in Houston, Texas. Frio has moved for a protective order to require that its corporate representative be deposed at its principal place of business in San Antonio, Texas, where the corporate representative works and lives and where the relevant documents are maintained. Counsel for Frio has conferred with counsel for the plaintiff and reports agreement to move the deposition to San Antonio, Texas. But the notice of deposition has not been withdrawn and the deposition is still currently set to occur in Houston Texas.

The motion for protective order is granted and the notice and subpoena are quashed to the extent they require the deposition to take place in San Antonio rather than in Houston,

Texas.

    SIGNED on March 25, 2015, at Houston, Texas.

                                                  Lee H. Rosenthal
                                            United States District Judge