United States District Court
Southern District of Texas
**ENTERED**
January 08, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MILTON ROSALES, MILTON BETANCOURT, WILMER BRITO, DENNIS ROSALES, ZUNIGA JESUS § § § § | | |
| Plaintiffs § | | |
| v. § | CIVIL ACTION NO. 4:14-cv-03187 | |
| § | | |
| FRIO NEVADO CORPORATION § § | | |
| Defendants § | JURY TRIAL DEMANDED | |

## ORDER

This matter is before the Court on Plaintiff Milton Rosales's acceptance of Defendant Frio's Offer of Judgment, pursuant to Rule 68 of the Federal Rules of Civil Procedure. After due and careful review of the offer and acceptance, and for good cause shown, the Court enters judgment as follows:

1. Judgment shall be entered against defendant Frio Nevado Corporation and in favor of plaintiff Milton Rosales, on the claims of unpaid overtime in violation of the Fair Labor Standards Act.

2. Defendant shall pay plaintiff Milton Rosales $2,605.50 in damages, as well as $1,238.80 to the Ahn Law Firm and $1,832.25 to the Tran Law Firm in prorate attorney's fees and costs through March 17, 2015.

3. This judgment is entered solely for the purposes specified in Rule 68 of the Federal Rules of Civil Procedure and is not to be construed either as an admission that any Defendant is liable in this action, or that the Plaintiffs have suffered any damage.

IT IS SO ORDERED.

Signed on this 8th day of January, 2016

_____
United States Judge