IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MILTON ROSALES, MILTON BETANCOURT, WILMER BRITO, DENNIS ROSALES, ZUNIGA JESUS **Plaintiffs** v. HEB GROCERY COMPANY, LP and FRIO NEVADA CORPORATION **Defendants** | § § § § § § § § § § § § | CIVIL ACTION NO. 4:14-cv-03187 JURY TRIAL DEMANDED |

**PLAINTIFFS' ADVISORY TO COURT REGARDING
THEIR MOTION FOR EQUITABLE TOLLING**

Pending before the court is Plaintiff's Motion for Equitable tolling. Pursuant to the Court's request for additional authority in support of and against the motion, Plaintiff files the following:

1. In support of their motion, Plaintiffs submit *Elliot v. Group Medical & Surgical Service*, 714 F. 2d 556 (5th Cir. 1983). There, the Court held that if an employer didn't post ADEA notices, the time limit on filing notices to sue didn't start running until the plaintiffs had actual knowledge of their rights. The posting requirements for the ADEA (29 CFR § 1627.10) and FLSA (29 CFR § 516.4) are similar. Therefore, if Frio didn't post FLSA notices, then the SOL should not start running until plaintiffs learned of their rights or hired counsel. Plaintiffs also provide an affidavit from Jesus Zuniga stating that Defendant did not post the required FLSA notice.

2. In opposition to their motion, Plaintiffs submit *Meija v. Brothers Petroleum, LLC*, 2014 WL 38553580, CA No. 12-2842 (E.D. Louisiana) (Aug. 4, 2014). In this case, the Court held that equitable tolling is to be applied sparingly and in extraordinary circumstances.

1

Respectfully submitted,

TRAN LAW FIRM

*/s/ Trang Q. Tran*
Trang Q. Tran
Texas Bar Number: 00795787
Federal I.D.: 20361
Alecia D. Best
Texas Bar Number: 24092129
Federal I.D.: 2591730
9801 Westheimer Road, Suite 302
Houston, Texas 77042
(713) 223-8855 Telephone
(713) 623-6399 Facsimile
ttran@tranlawllp.com

Kristopher Ahn
AHN LAW FIRM
9930 Longpoint Rd
Houston, Texas 77055
713-781 – 2322 (telephone)
713-781 – 2542 (fax)
Ahnlawfirm@gmail.com

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was forwarded on March 4, 2016, in the following manner to:

Michael L. Holland
HOLLAND & HOLLAND, LLC
1250 N.W. Loop 410, Suite 808
San Antonio, Texas 78209
210-824-8282 (telephone)
210-824-8585 (fax)
mholland@hollandfirm.com

/s/ Trang Q. Tran
Trang Q. Tran

3