United States District Court
Southern District of Texas
**ENTERED**
October 31, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MILTON ROSALES, <br> MILTON BETANCOURT, <br> WILMER BRITO, <br> DENNIS ROSALES, <br> ZUNIGA, JESUS <br>          PLAINTIFF <br><br> v. <br><br> HEB GROCERY COMPANY, LP and <br> FRIO NEVADO CORPORATION <br><br>          DEFENDANTS | § § § § § § § § § § § § § | CIVIL ACTION NO. 4:14-cv-03187 |

## JUDGMENT

The Court considered the Judgment to be entered in the above styled and numbered cause. Pursuant to the Stipulation of Dismissal filed on the same date;

IT IS HEREBY ORDRED, ADJUDGED, and DECREED that this case is DISMISSED WITH PREJUDICE with each party bearing their own costs. Motions pending, if any, are also DISMISSED. IT IS FURTHER ORDERED that this case is CLOSED.

It is so ORDERED.

SIGNED this 31st day of October, 2016

_____
UNITED STATES DISTRICT JUDGE